| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Melissa M Plazio<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–2582<br>EIN: __–_____ |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: ____<br>EIN: __–_____ |
| United States Bankruptcy Court: WESTERN DISTRICT OF PENNSYLVANIA | | Date case filed for chapter:   7   5/11/19 |
| Case number: 22–21872–GLT | | |

Official Form 309B (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set

10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Melissa M Plazio | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1103 Palamino Dr<br>Vandergrift, PA 15690 | |
| 4. | **Debtor's attorney**<br>Name and address | Corey J. Sacca<br>Bononi & Company<br>20 North Pennsylvania Ave.<br>Greensburg, PA 15601 | Contact phone 724–832–2499<br>Email: csacca@bononilaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Lisa M. Swope, Chapter 7 Trustee<br>Neugebauer & Swope, P.C.<br>219 South Center Street<br>P. O. Box 270<br>Ebensburg, PA 15931 | Contact phone 814–472–7151<br>Email: lms@nsslawfirm.com |

**For more information, see page 2 >**

Official Form 309B (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**    page **1**

| 6. **Bankruptcy clerk's office** <br><br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | U.S. Bankruptcy Court <br> 5414 U.S. Steel Tower <br> 600 Grant Street <br> Pittsburgh, PA 15219 | Hours open: <br> Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m. <br><br> Contact phone 412–644–2700 <br><br> Date: 9/27/22 |
|---|---|---|
| 7. **Meeting of creditors** <br><br> Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **December 16, 2022 at 08:30 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **341 Meeting will be conducted by phone, please consult the docket or, case trustee for call information.** |
| 8. **Presumption of abuse** <br><br> If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. **Deadlines** <br><br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br> **You must file a complaint:** <br> • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br> • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6). <br><br> **You must file a motion:** <br> • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 2/14/23** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 12/5/22** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 3/21/23** |
| | **Deadlines for filing proof of claim:** <br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed. <br> Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 11. **Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. | |
| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 22-21872-GLT
Melissa M Plazio     Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 5
Date Rcvd: Sep 27, 2022     Form ID: 309B     Total Noticed: 87

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Melissa M Plazio, 1103 Palamino Dr, Vandergrift, PA 15690-9600 |
| aty | + | Maria Miksich, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| aty | | S. James Wallace, 845 North Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| tr | + | Lisa M. Swope, Chapter 7 Trustee, Neugebauer & Swope, P.C., 219 South Center Street, P. O. Box 270, Ebensburg, PA 15931-0270 |
| cr | | Farmers National Bank of Emlenton, Attn Kelly Stewart, 612 Main Street, Drawer D, Emlenton, PA 16373 |
| cr | + | USAA Federal Savings Bank, c/o Weinstein & Riley, P.S, 11101 West 120th Ave, Suite 280, Broomfield, CO 80021-2756 |
| 15517816 | + | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108, Ally Financial, 200 Renaissance Ctr # B0 Detroit, MI 48243-1300 |
| 15517885 | | Farmers National Bank of Emlenton, 612 Main Street, Drawer D, Emlenton, PA 16373 |
| 15517888 | + | Greater Pittsburgh Orthopedics, 5820 Centre Ave, Pittsburgh, PA 15206-3710 |
| 15517892 | + | Hsbc/scusa, 5201 Rufe Snow Dr, North Richland Hills, TX 76180-6036 |
| 15517899 | + | Northwest Consumer Dis, Po Box 164, Natrona Heights, PA 15065-0164 |
| 15517909 | + | Quest Diagnostics, P.O. Box 740717, Cincinnati, OH 45274-0717 |
| 15517932 | | UPMC, PO Box 371842, Pittsburgh, PA 15250-7842 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: csacca@bononilaw.com | Sep 27 2022 23:31:00 | Corey J. Sacca, Bononi & Company, 20 North Pennsylvania Ave., Greensburg, PA 15601 |
| smg | EDI: PENNDEPTREV | Sep 28 2022 03:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 27 2022 23:31:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Sep 28 2022 03:28:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 27 2022 23:31:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| ust | + Email/Text: ustpregion03.pi.ecf@usdoj.gov | Sep 27 2022 23:31:00 | Office of the United States Trustee, Liberty Center., 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222-3721 |
| cr | + EDI: RECOVERYCORP.COM | Sep 28 2022 03:28:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + Email/Text: ebnpeoples@grblaw.com | Sep 27 2022 23:31:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, |

| Recipient # | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | PA 15233-1828 |
| 15517814 | + | Email/Text: backoffice@affirm.com | Sep 27 2022 23:32:00 | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108, Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 15517818 | + | EDI: GMACFS.COM | Sep 28 2022 03:28:00 | Ally Financial, 200 Renaissance Ctr # B0, Detroit, MI 48243-1300 |
| 15517819 | + | Email/PDF: bncnotices@becket-lee.com | Sep 27 2022 23:35:10 | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 15517820 | + | EDI: BANKAMER.COM | Sep 28 2022 03:28:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15517840 | + | EDI: TSYS2 | Sep 28 2022 03:28:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15517841 | + | EDI: CITICORP.COM | Sep 28 2022 03:28:00 | Best Buy/cbna, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 15517842 | + | EDI: CAPITALONE.COM | Sep 28 2022 03:28:00 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15517869 | | Email/PDF: bncnotices@becket-lee.com | Sep 27 2022 23:35:10 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15517870 | + | Email/Text: bankruptcy@cavps.com | Sep 27 2022 23:31:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15517871 | + | EDI: CITICORP.COM | Sep 28 2022 03:28:00 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 15517872 | + | Email/Text: bankruptcy@clearviewfcu.org | Sep 27 2022 23:31:00 | Clearview Federal Cu, 8805 University Blvd, Coraopolis, PA 15108-4212 |
| 15517873 | + | EDI: WFNNB.COM | Sep 28 2022 03:28:00 | Comenity Bank/peebles, Po Box 182789, Columbus, OH 43218-2789 |
| 15517874 | + | EDI: WFNNB.COM | Sep 28 2022 03:28:00 | Comenitybank/victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 15517877 | + | EDI: WFNNB.COM | Sep 28 2022 03:28:00 | Comenitycb/hsn, Po Box 182120, Columbus, OH 43218-2120 |
| 15517878 | + | EDI: WFNNB.COM | Sep 28 2022 03:28:00 | Comenitycb/serta, Po Box 182120, Columbus, OH 43218-2120 |
| 15517879 | + | Email/Text: bdsupport@creditmanagementcompany.com | Sep 27 2022 23:32:00 | Credit Management Co, 2121 Noblestown Rd, PO BOx 16346, Pittsburgh, PA 15242-0346 |
| 15517880 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 27 2022 23:35:00 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15517896 | + | EDI: CITICORP.COM | Sep 28 2022 03:28:00 | Macys/dsnb, Po Box 8218, Mason, OH 45040 |
| 15517881 | | EDI: Q3G.COM | Sep 28 2022 03:28:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15517882 | | EDI: DISCOVER.COM | Sep 28 2022 03:28:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15517883 | + | EDI: DISCOVER.COM | Sep 28 2022 03:28:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 15517884 | + | EDI: CITICORP.COM | Sep 28 2022 03:28:00 | Exxnmobil/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15517886 | + | EDI: AMINFOFP.COM | Sep 28 2022 03:28:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15518379 | | EDI: AIS.COM | Sep 28 2022 03:28:00 | Goldman Sachs Bank, USA, by AIS InfoSource, LP as Agent, PO Box 4457, Houston, TX 77210-4457 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15517887 | + | EDI: CITICORP.COM | Sep 28 2022 03:28:00 | Goodyear Tire/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15517889 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 27 2022 23:31:00 | Gs Bank Usa, Po Box 45400, Salt Lake City, UT 84145-0400 |
| 15517891 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 27 2022 23:31:00 | Hsbc Auto, Po Box 961245, Fort Worth, TX 76161-0244 |
| 15517893 | + | Email/Text: processing@keybridgemed.com | Sep 27 2022 23:32:00 | Key Bridge, 2348 Baton Rouge, Lima, OH 45805-1167 |
| 15517894 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 27 2022 23:31:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 15517895 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 27 2022 23:35:01 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15517897 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 27 2022 23:35:04 | Merrick Bank, Po Box 1500, Draper, UT 84020-1127 |
| 15517898 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 27 2022 23:35:04 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15517901 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 27 2022 23:31:00 | Pnc Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 15517902 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 27 2022 23:31:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 15517903 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 27 2022 23:31:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 15517904 | | EDI: PRA.COM | Sep 28 2022 03:28:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15517905 | | EDI: PRA.COM | Sep 28 2022 03:28:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15517900 | + | EDI: RMSC.COM | Sep 28 2022 03:28:00 | Pay Pal Credit, PO Box 71202, Charlotte, NC 28272-1202 |
| 15517906 | + | Email/Text: bkrpt1019@hotmail.com | Sep 27 2022 23:31:00 | Preferred Auto Credit, 1019 Lawrence Ave, Ellwood City, PA 16117-1851 |
| 15517908 | | EDI: Q3G.COM | Sep 28 2022 03:28:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15517910 | + | EDI: CITICORP.COM | Sep 28 2022 03:28:00 | Sunoco/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15517911 | + | EDI: RMSC.COM | Sep 28 2022 03:28:00 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 15517912 | + | EDI: RMSC.COM | Sep 28 2022 03:28:00 | Syncb/amer Eagle, Po Box 965005, Orlando, FL 32896-5005 |
| 15517913 | + | EDI: RMSC.COM | Sep 28 2022 03:28:00 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15517914 | + | EDI: RMSC.COM | Sep 28 2022 03:28:00 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 15517915 | + | EDI: RMSC.COM | Sep 28 2022 03:28:00 | Syncb/levin, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15517916 | + | EDI: RMSC.COM | Sep 28 2022 03:28:00 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15517917 | + | EDI: RMSC.COM | Sep 28 2022 03:28:00 | Syncb/sams, Po Box 965005, Orlando, FL 32896-5005 |
| 15517918 | + | EDI: RMSC.COM | Sep 28 2022 03:28:00 | Syncb/sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 15517919 | + | EDI: RMSC.COM | | |

Case 22-21872-GLT   Doc 17   Filed 09/29/22   Entered 09/30/22 00:25:59   Desc Imaged
Certificate of Notice   Page 6 of 7

| District/off: 0315-2 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Sep 27, 2022 | Form ID: 309B | Total Noticed: 87 |

| Recip ID | | Notice Type | Notice Date/Time | Recipient |
|---|---|---|---|---|
| 15517920 | + | EDI: RMSC.COM | Sep 28 2022 03:28:00 | Syncb/sams Club Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 15517921 | + | EDI: RMSC.COM | Sep 28 2022 03:28:00 | Syncb/score Rewards, P.o. Box 965005, Orlando, FL 32896-5005 |
| 15517922 | + | EDI: RMSC.COM | Sep 28 2022 03:28:00 | Syncb/toys, Po Box 965005, Orlando, FL 32896-5005 |
| 15517923 | + | EDI: RMSC.COM | Sep 28 2022 03:28:00 | Syncb/toysrus, Po Box 965005, Orlando, FL 32896-5005 |
| 15517924 | + | EDI: RMSC.COM | Sep 28 2022 03:28:00 | Syncb/walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 15517806 | + | EDI: RMSC.COM | Sep 28 2022 03:28:00 | Syncb/walmart Dc, Po Box 965024, Orlando, FL 32896-5024 |
| 15517928 | + | Email/Text: bncmail@w-legal.com | Sep 28 2022 03:28:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15517926 | + | EDI: LCITDAUTO | Sep 27 2022 23:31:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15517929 | + | EDI: WTRRNBANK.COM | Sep 28 2022 03:28:00 | Td Auto Finance, Po Box 9223, Farmington Hills, MI 48333-9223 |
| 15517930 | + | EDI: CITICORP.COM | Sep 28 2022 03:28:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 15517931 | + | Email/Text: bankruptcydepartment@tsico.com | Sep 28 2022 03:28:00 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15517933 | ^ | MEBN | Sep 27 2022 23:32:00 | Transworld Systems, PO Box 15273, Wilmington, DE 19850-5273 |
| 15517934 | ^ | MEBN | Sep 27 2022 23:29:03 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15517936 | + | Email/Text: RASEBN@raslg.com | Sep 27 2022 23:28:57 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15517935 | | EDI: USAA.COM | Sep 27 2022 23:31:00 | USAA Federal Savings Bank, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 15517940 | | EDI: USAA.COM | Sep 28 2022 03:28:00 | Usaa Federal Savings B, Pob 47504, San Antonio, TX 78265 |
| 15517937 | + | EDI: USAA.COM | Sep 28 2022 03:28:00 | Usaa Savings Bank, Po Box 47504, San Antonio, TX 78265 |
| 15517941 | + | EDI: BLUESTEM | Sep 28 2022 03:28:00 | Usaa Savings Bank, 10750 Mcdermott, San Antonio, TX 78288-1600 |
| | | | Sep 28 2022 03:28:00 | Webbank/fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 76

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, N.A. |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15517925 | *+ | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15518091 | *+ | USAA Federal Savings Bank, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 5 of 5 |
| Date Rcvd: Sep 27, 2022 | Form ID: 309B | Total Noticed: 87 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2022         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Corey J. Sacca | on behalf of Debtor Melissa M Plazio csacca@bononilaw.com coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com |
| Lisa M. Swope, Chapter 7 Trustee | lms@nsslawfirm.com PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com,alm@nsslawfirm.com |
| Maria Miksich | on behalf of Creditor PNC BANK N.A. mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

TOTAL: 4