IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No.    22-21872-GLT |
|    Melissa M. Plazio | ) | |
|       Debtor(s), | ) | Chapter 7 |
| | ) | Document No. |
| | ) | |

## REPORT PURSUANT TO BANKRUPTCY RULE 1019

AND NOW, comes Debtor, Melissa M. Plazio, by and through her counsel Corey J. Sacca, Esq. and Bononi & Company, P.C., and presents the following:

1. Debtor, Melissa M. Plazio, believes and avers she did not incur any post-petition debt, other than post-petition financing during the pendency of the chapter 13, which was allowed by the Court.

2. Debtor informed counsel that all utilities in her name are current.

3. Debtor avers that if any further debts become known to Debtor, that Debtor will file an amended Report Pursuant to Bankruptcy Rule 1019.

                                                                 Respectfully submitted,

Dated: October 3, 2022                                /s/ Corey J. Sacca
                                                                 Corey J. Sacca, Esq.
                                                                 PA ID 306741
                                                                 Bononi & Company, P.C.
                                                                 20 North Pennsylvania Ave
                                                                 Suite 201
                                                                 Greensburg, PA 15601
                                                                724-8322499
                                                                csacca@bononilaw.com