UNITED STATES BANKRUPTCY COURT
Western District of Pennsylvania

In Re:   Melissa M. Plazio                                         BANKRUPTCY NO.: 22-21872-GLT
       Debtor.

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

TO: Clerk of Courts

    Please enter our appearance on behalf of **The Farmers National Bank of Emlenton** in the above captions matter. We request copies of further Notices and Orders in accordance with the attached Declaration.

    Please enter the address below as the mailing address for this creditor: All Notices should be mailed to the following address:

Farmers National Bank of Emlenton
Attn: Kelly Stewart
612 Main Street, Drawer D
Emlenton, PA 16373

                LYNN, KING AND SCHREFFLER, P.C.

                By: /s/ Michael W. Sloat
                     Attorney for Creditor

                Michael W. Sloat
                P.O. Box 99, 606 Main Street
                Emlenton, PA 16373
                (724) 867-5921
                PA I.D. 89076

UNITED STATES BANKRUPTCY COURT
Western District of Pennsylvania

In Re: Melissa M. Plazio                                    BANKRUPTCY NO.: 22-21872-GLT
        Debtor.

### DECLARATION IN LIEU OF AFFIDAVIT
**Regarding Request To Be Added to the Mailing Matrix**

I am the Attorney for Farmers National Bank of Emlenton, a creditor in the above captioned bankruptcy case, and I am authorized by this creditor to make the accompanying request for notices. The new address should be used instead of the existing address, and added to the matrix. I have reviewed the mailing matrix on file in this case and I hereby certify that the request for notices being filed herewith replaces the creditor's address listed on the matrix, and supersedes and cancels all prior requests for notice by the within named creditor and:

    ■ that there are no other requests to receive notices on behalf of this creditor, or
    ☐ that the following prior request(s) for notice by or on behalf of this creditor shall be deleted from the matrix:

                                            Farmers National Bank of Emlenton
                                            Creditor's Name

                                            612 Main Street, Drawer D
                                            Creditor's Address

                                            Emlenton, PA 16373
                                            City, State and Zip

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   October 5, 2022                /s/ Michael W. Sloat
                                                    Attorney for Creditor

                                                    Michael W. Sloat
                                                    P.O. Box 99, 606 Main Street
                                                    Emlenton, PA 16373
                                                    (724) 867-5921
                                                    89076 PA