**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Melissa M Plazio<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx-xx-2582<br>EIN   __-_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __-_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 22-21872-GLT | |

# Order of Discharge                                                                                        12/15

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Melissa M Plazio

2/15/23                                                                     **By the court:** Gregory L Taddonio
                                                                                           United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-21872-GLT |
| Melissa M Plazio | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: admin | Page 1 of 5 |
| Date Rcvd: Feb 15, 2023 | Form ID: 318 | Total Noticed: 85 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Melissa M Plazio, 1103 Palamino Dr, Vandergrift, PA 15690-9600 |
| aty | | S. James Wallace, 845 North Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| tr | ++ | LISA M SWOPE, NEUGEBAUER & SWOPE P C, 219 SOUTH CENTER STREET P O BOX 270, EBENSBURG PA 15931-0270 address filed with court:, Lisa M. Swope, Chapter 7 Trustee, Neugebauer & Swope, P.C., 219 South Center Street, P. O. Box 270, Ebensburg, PA 15931 |
| cr | | Farmers National Bank of Emlenton, Attn Kelly Stewart, 612 Main Street, Drawer D, Emlenton, PA 16373 |
| cr | + | USAA Federal Savings Bank, c/o Weinstein & Riley, P.S, 11101 West 120th Ave, Suite 280, Broomfield, CO 80021-2756 |
| 15517816 | + | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108, Ally Financial, 200 Renaissance Ctr # B0 Detroit, MI 48243-1300 |
| 15517885 | | Farmers National Bank of Emlenton, 612 Main Street, Drawer D, Emlenton, PA 16373 |
| 15517888 | + | Greater Pittsburgh Orthopedics, 5820 Centre Ave, Pittsburgh, PA 15206-3710 |
| 15517892 | + | Hsbc/scusa, 5201 Rufe Snow Dr, North Richland Hills, TX 76180-6036 |
| 15517899 | + | Northwest Consumer Dis, Po Box 164, Natrona Heights, PA 15065-0164 |
| 15517909 | + | Quest Diagnostics, P.O. Box 740717, Cincinnati, OH 45274-0717 |
| 15517932 | | UPMC, PO Box 371842, Pittsburgh, PA 15250-7842 |
| 15524102 | + | Willis & Associates, 201 Penn Center Blvd Suite 310, Pittsburgh PA 15235-5407 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | | EDI: BLMSWOPE | Feb 16 2023 05:04:00 | Lisa M. Swope, Chapter 7 Trustee, Neugebauer & Swope, P.C., 219 South Center Street, P. O. Box 270, Ebensburg, PA 15931 |
| smg | | EDI: PENNDEPTREV | Feb 16 2023 05:04:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 16 2023 00:00:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Feb 16 2023 05:04:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 16 2023 00:00:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: RECOVERYCORP.COM | Feb 16 2023 05:04:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Feb 16 2023 00:00:00 | Peoples Natural Gas Company LLC, c/o S. James |

Case 22-21872-GLT    Doc 27    Filed 02/17/23    Entered 02/18/23 00:25:31    Desc Imaged
Certificate of Notice    Page 4 of 7

| District/off: 0315-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Feb 15, 2023 | Form ID: 318 | Total Noticed: 85 |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15517814 | + | Email/Text: backoffice@affirm.com | Feb 16 2023 00:01:00 | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108, Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 15517818 | + | EDI: GMACFS.COM | Feb 16 2023 05:04:00 | Ally Financial, 200 Renaissance Ctr # B0, Detroit, MI 48243-1300 |
| 15517819 | + | Email/PDF: bncnotices@becket-lee.com | Feb 16 2023 00:13:49 | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 15517820 | + | EDI: BANKAMER.COM | Feb 16 2023 05:04:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15517840 | + | EDI: TSYS2 | Feb 16 2023 05:04:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15517841 | + | EDI: CITICORP.COM | Feb 16 2023 05:04:00 | Best Buy/cbna, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 15517842 | + | EDI: CAPITALONE.COM | Feb 16 2023 05:04:00 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15517869 | | Email/PDF: bncnotices@becket-lee.com | Feb 16 2023 00:13:36 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15517870 | + | Email/Text: bankruptcy@cavps.com | Feb 16 2023 00:01:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15517871 | + | EDI: CITICORP.COM | Feb 16 2023 05:04:00 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 15517872 | + | Email/Text: bankruptcy@clearviewfcu.org | Feb 16 2023 00:00:00 | Clearview Federal Cu, 8805 University Blvd, Coraopolis, PA 15108-4212 |
| 15517873 | + | EDI: WFNNB.COM | Feb 16 2023 05:04:00 | Comenity Bank/peebles, Po Box 182789, Columbus, OH 43218-2789 |
| 15517874 | + | EDI: WFNNB.COM | Feb 16 2023 05:04:00 | Comenitybank/victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 15517877 | + | EDI: WFNNB.COM | Feb 16 2023 05:04:00 | Comenitycb/hsn, Po Box 182120, Columbus, OH 43218-2120 |
| 15517878 | + | EDI: WFNNB.COM | Feb 16 2023 05:04:00 | Comenitycb/serta, Po Box 182120, Columbus, OH 43218-2120 |
| 15517879 | + | Email/Text: bdsupport@creditmanagementcompany.com | Feb 16 2023 00:01:00 | Credit Management Co, 2121 Noblestown Rd, PO BOx 16346, Pittsburgh, PA 15242-0346 |
| 15517880 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 16 2023 00:03:13 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15517896 | + | EDI: CITICORP.COM | Feb 16 2023 05:04:00 | Macys/dsnb, Po Box 8218, Mason, OH 45040 |
| 15517881 | | EDI: Q3G.COM | Feb 16 2023 05:04:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15517882 | | EDI: DISCOVER.COM | Feb 16 2023 05:04:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15517883 | + | EDI: DISCOVER.COM | Feb 16 2023 05:04:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 15517884 | + | EDI: CITICORP.COM | Feb 16 2023 05:04:00 | Exxnmobil/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15517886 | + | EDI: AMINFOFP.COM | Feb 16 2023 05:04:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15518379 | | EDI: AIS.COM | Feb 16 2023 05:04:00 | Goldman Sachs Bank, USA, by AIS InfoSource, LP as Agent, PO Box 4457, Houston, TX |

Case 22-21872-GLT    Doc 27    Filed 02/17/23    Entered 02/18/23 00:25:31    Desc Imaged
Certificate of Notice    Page 5 of 7

| District/off: 0315-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Feb 15, 2023 | Form ID: 318 | Total Noticed: 85 |

| | | | |
|---|---|---|---|
| 15517887 | + EDI: CITICORP.COM | | 77210-4457 |
| | | Feb 16 2023 05:04:00 | Goodyear Tire/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15517889 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Feb 16 2023 00:00:00 | Gs Bank Usa, Po Box 45400, Salt Lake City, UT 84145-0400 |
| 15517891 | + Email/Text: enotifications@santanderconsumerusa.com | Feb 16 2023 00:00:00 | Hsbc Auto, Po Box 961245, Fort Worth, TX 76161-0244 |
| 15517893 | + Email/Text: processing@keybridgemed.com | Feb 16 2023 00:01:00 | Key Bridge, 2348 Baton Rouge, Lima, OH 45805-1167 |
| 15517894 | + Email/Text: PBNCNotifications@peritusservices.com | Feb 16 2023 00:00:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 15517895 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 16 2023 00:03:24 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15517897 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 16 2023 00:03:18 | Merrick Bank, Po Box 1500, Draper, UT 84020-1127 |
| 15517898 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 16 2023 00:03:13 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15517902 | Email/Text: Bankruptcy.Notices@pnc.com | Feb 16 2023 00:00:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 15517901 | Email/Text: Bankruptcy.Notices@pnc.com | Feb 16 2023 00:00:00 | Pnc Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 15517903 | Email/Text: Bankruptcy.Notices@pnc.com | Feb 16 2023 00:00:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 15517905 | EDI: PRA.COM | Feb 16 2023 05:04:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15517904 | EDI: PRA.COM | Feb 16 2023 05:04:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15517900 | + EDI: RMSC.COM | Feb 16 2023 05:04:00 | Pay Pal Credit, PO Box 71202, Charlotte, NC 28272-1202 |
| 15517906 | + Email/Text: bkrpt1019@hotmail.com | Feb 16 2023 00:00:00 | Preferred Auto Credit, 1019 Lawrence Ave, Ellwood City, PA 16117-1851 |
| 15517908 | EDI: Q3G.COM | Feb 16 2023 05:04:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15517910 | + EDI: CITICORP.COM | Feb 16 2023 05:04:00 | Sunoco/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15517911 | + EDI: RMSC.COM | Feb 16 2023 05:04:00 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 15517912 | + EDI: RMSC.COM | Feb 16 2023 05:04:00 | Syncb/amer Eagle, Po Box 965005, Orlando, FL 32896-5005 |
| 15517913 | + EDI: RMSC.COM | Feb 16 2023 05:04:00 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15517914 | + EDI: RMSC.COM | Feb 16 2023 05:04:00 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 15517915 | + EDI: RMSC.COM | Feb 16 2023 05:04:00 | Syncb/levin, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15517916 | + EDI: RMSC.COM | Feb 16 2023 05:04:00 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15517917 | + EDI: RMSC.COM | Feb 16 2023 05:04:00 | Syncb/sams, Po Box 965005, Orlando, FL 32896-5005 |
| 15517918 | + EDI: RMSC.COM | Feb 16 2023 05:04:00 | Syncb/sams Club, Po Box 965005, Orlando, FL 32896-5005 |

Case 22-21872-GLT    Doc 27    Filed 02/17/23    Entered 02/18/23 00:25:31    Desc Imaged
Certificate of Notice    Page 6 of 7

| District/off: 0315-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Feb 15, 2023 | Form ID: 318 | Total Noticed: 85 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15517919 | + | EDI: RMSC.COM | Feb 16 2023 05:04:00 | Syncb/sams Club Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 15517920 | + | EDI: RMSC.COM | Feb 16 2023 05:04:00 | Syncb/score Rewards, P.o. Box 965005, Orlando, FL 32896-5005 |
| 15517921 | + | EDI: RMSC.COM | Feb 16 2023 05:04:00 | Syncb/toys, Po Box 965005, Orlando, FL 32896-5005 |
| 15517922 | + | EDI: RMSC.COM | Feb 16 2023 05:04:00 | Syncb/toysrus, Po Box 965005, Orlando, FL 32896-5005 |
| 15517923 | + | EDI: RMSC.COM | Feb 16 2023 05:04:00 | Syncb/walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 15517924 | + | EDI: RMSC.COM | Feb 16 2023 05:04:00 | Syncb/walmart Dc, Po Box 965024, Orlando, FL 32896-5024 |
| 15517806 | + | EDI: RMSC.COM | Feb 16 2023 05:04:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15517928 | + | Email/Text: bncmail@w-legal.com | Feb 16 2023 00:00:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15517926 | + | EDI: LCITDAUTO | Feb 16 2023 05:04:00 | Td Auto Finance, Po Box 9223, Farmington Hills, MI 48333-9223 |
| 15517929 | + | EDI: WTRRNBANK.COM | Feb 16 2023 05:04:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 15517930 | + | EDI: CITICORP.COM | Feb 16 2023 05:04:00 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15517931 | + | Email/Text: bankruptcydepartment@tsico.com | Feb 16 2023 00:01:00 | Transworld Systems, PO Box 15273, Wilmington, DE 19850-5273 |
| 15517933 | ^ | MEBN | Feb 15 2023 23:57:16 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15517934 | ^ | MEBN | Feb 15 2023 23:57:13 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15517936 | + | Email/Text: RASEBN@raslg.com | Feb 16 2023 00:00:00 | USAA Federal Savings Bank, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 15517935 | | EDI: USAA.COM | Feb 16 2023 05:04:00 | Usaa Federal Savings B, Pob 47504, San Antonio, TX 78265 |
| 15517940 | | EDI: USAA.COM | Feb 16 2023 05:04:00 | Usaa Savings Bank, Po Box 47504, San Antonio, TX 78265 |
| 15517937 | + | EDI: USAA.COM | Feb 16 2023 05:04:00 | Usaa Savings Bank, 10750 Mcdermott, San Antonio, TX 78288-1600 |
| 15517941 | + | EDI: BLUESTEM | Feb 16 2023 05:04:00 | Webbank/fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 75

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, N.A. |
| aty | *P++ | LISA M SWOPE, NEUGEBAUER & SWOPE P C, 219 SOUTH CENTER STREET P O BOX 270, EBENSBURG PA 15931-0270, address filed with court:, Lisa M. Swope, Chapter 7 Trustee, Neugebauer & Swope, P.C., 219 South Center Street, P. O. Box 270, Ebensburg, PA 15931 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15517925 | *+ | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

| District/off: 0315-2 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Feb 15, 2023 | Form ID: 318 | Total Noticed: 85 |

15518091    *+    USAA Federal Savings Bank, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2023         Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Corey J. Sacca | on behalf of Debtor Melissa M Plazio csacca@bononilaw.com coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com |
| Lisa M. Swope, Chapter 7 Trustee | on behalf of Trustee Lisa M. Swope  Chapter 7 Trustee lms@nsslawfirm.com, PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com,alm@nsslawfirm.com |
| Lisa M. Swope, Chapter 7 Trustee | lms@nsslawfirm.com  PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com,alm@nsslawfirm.com |
| Maria Miksich | on behalf of Creditor PNC BANK  N.A. mmiksich@kmllawgroup.com |
| Michael W. Sloat | on behalf of Creditor Farmers National Bank of Emlenton mike@lkslaw.us  scott@lkslaw.us |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

TOTAL: 6